# JAMES KOUSOUROS
### ATTORNEY AT LAW
~

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

February 3, 2026

<u>By ECF</u>

Hon. Jennifer H. Rearden
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**MEMO ENDORSED**
**(p. 2)**

Re:    ***United States v. Ali Mohammad Adi**, 25 Cr. 594 (JHR)*

Dear Judge Rearden:

This letter is respectfully submitted to request that the Court amend the conditions of Mr. Adi's release to include a curfew as set by Pretrial Services. Mr. Adi is currently subject to home detention. *See* D.E. 6, Appearance Bond at page 4.

The requested curfew will permit Mr. Adi to attend prayers at his local mosque for the upcoming month of Ramadan.

Pretrial Services Officer Meherun Mayer has "no objection to a curfew, with hours to be set by PTS." Assistant United States Attorney Joseph Zabel has no objection to this request.

Thank you for your consideration.

Respectfully submitted,

*/s/ James Kousouros*
James Kousouros, Esq.
*Counsel for Mr. Adi*

c.c.    All Counsel of Record (By ECF)

Meherun Mayer
U.S. Pretrial Services Officer

Application DENIED without prejudice.  Counsel states that "[t]he requested curfew will permit Mr. Adi to attend prayers at his local mosque for the upcoming month of Ramadan." Mr. Adi's conditions of release already expressly allow for attendance at religious services. *See* ECF No. 6 at 6 (stating that Defendant is "restricted to [his] residence at all times except for . . . religious services").

The Clerk of Court is directed to terminate ECF No. 25.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: February 6, 2026