# JAMES KOUSOUROS
### ATTORNEY AT LAW
~

**JAMES KOUSOUROS**
FOUNDER & PRINCIPAL

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

EMMA J. COLE
LEGAL ASSISTANT

April 13, 2026

By ECF

Hon. Jennifer H. Rearden
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

*Application GRANTED. Defendant Adi's sentencing scheduled for April 29, 2026 is hereby adjourned to* **July 2, 2026** *at* **12:15 p.m.**

*The Clerk of Court is directed to terminate ECF No. 28.*

*SO ORDERED.*

*Jennifer H. Rearden, U.S.D.J.*
*Dated: April 14, 2026*

Re:     *United States v. Ali Mohammad Adi*, 25 Cr. 594 (JHR)

Dear Judge Rearden:

This letter is respectfully submitted to request that the Court adjourn the sentencing in this matter currently scheduled for April 29, 2026, for 45-days or to a date thereafter convenient for the Court.

Due to recent medical issues which have partially sidelined the office over the past month, we have been unable to properly prepare for the sentencing in this matter. The requested adjournment will permit the undersigned to meet with Mr. Adi, gather supporting documents, and prepare a sentencing submission on his behalf.

Assistant United States Attorney Joseph Zabel has no objection to this request.

Thank you for your consideration.

Respectfully submitted,

*/s/ James Kousouros*
James Kousouros, Esq.
*Counsel for Mr. Adi*

c.c.    All Counsel of Record (By ECF)