## JAMES KOUSOUROS
ATTORNEY AT LAW

~

260 Madison Avenue, 22nd floor • New York, NY 10016
212·532·1934 / 212·532·1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

June 15, 2026

By ECF

Hon. Jennifer H. Rearden
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

*Application GRANTED. Defendant Adi's sentencing, scheduled for July 2, 2026, is hereby adjourned to **July 30, 2026** at **2:30 p.m.***

*The Clerk of Court is directed to terminate ECF No. 30.*

*SO ORDERED.*

*Jennifer H. Rearden*
*Jennifer H. Rearden, U.S.D.J.*
*Dated: June 16, 2026*

Re:     *United States v. Ali Mohammad Adi*, 25 Cr. 594 (JHR)

Dear Judge Rearden:

This letter is respectfully submitted with the consent of the Government to request that the Court adjourn the sentencing in this matter currently scheduled for July 2, 2026, to mid-to-late July or to a date thereafter convenient for the Court.

The undersigned is scheduled to begin trial on June 24, 2026 in the matter *People v. Tyrone Price*, IND-02065-03 before the Hon. Joanne Watters in Queens Supreme Criminal Court. The trial was scheduled to have begun last month but has been delayed due to medical issues. We expect the trial to last approximately three weeks.

Thank you for your consideration.

Respectfully submitted,

*/s/ James Kousouros*
James Kousouros, Esq.
*Counsel for Mr. Adi*

c.c.     All Counsel of Record (By ECF)