JAMES KOUSOUROS
ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

July 15, 2026

By ECF

Hon. Jennifer H. Rearden
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Application GRANTED. Defendant Adi's sentencing, currently scheduled for July 30, 2026, is hereby adjourned to **August 20, 2026** at **1 p.m.**

The Clerk of Court is directed to terminate ECF No. 32.

SO ORDERED.
Jennifer H. Rearden
Jennifer H. Rearden, U.S.D.J.
Dated: July 16, 2026

**Re: *United States v. Ali Mohammad Adi*, 25 Cr. 594 (JHR)**

Dear Judge Rearden:

This letter is respectfully submitted to request that the Court adjourn the sentencing in this matter currently scheduled for July 30, 2026, to August 13, 2026, or to a date thereafter convenient for the Court. The Government has no objection to this request.

The trial in the matter *People v. Tyrone Price*, IND-02065-03 in Queens Supreme Criminal Term began today, after adjournments due to personal medical reasons and then additional pre-trial litigation. We now expect the trial to conclude in approximately three weeks. We apologize for any inconvenience precipitated by this request.

Thank you for your consideration.

Respectfully submitted,

***/s/ James Kousouros***
James Kousouros, Esq.
*Counsel for Mr. Adi*

c.c. All Counsel of Record (By ECF)